De Groot v. Wilson.

ADALENA DE GROOT, APPELLEE, V. JAMES W. WILSON ET AL.,
APPELLANTS.

FILED JANUARY 8, 1902.   No. 10,924.

1. **Appraisement:** PRESUMPTION. All presumptions will be indulged
in favor of the fairness of an appraisement made by a sheriff.

2. **Foreclosure Sale:** CONFIRMATION: RETURN. The confirmation of a
mortgage foreclosure sale, will not be vacated, merely because
the order of sale was not returned within sixty days from its
date.

APPEAL from the district court for Buffalo county.
Tried below before SULLIVAN, J.  *Affirmed.*

*Fred A. Nye,* for appellants.

*John N. Dryden, contra.*

NORVAL, C. J.

The first objection to the confirmation of sale, that the
property was appraised too low, lacks merit.  There were
two appraisements of the mortgaged premises.  Under the
first appraisement the property was valued at $4,399.  Hav-
ing been twice offered for sale under this appraisal, and not
sold for want of bidders, there was another appraisement
made.  This appraisement was in the sum of $4,160, under
which the sale was made at more than two-thirds the ap-
praisement.  No evidence was adduced to show that this
appraisement was unfair and unjust.  It, therefore, must
be presumed that the appraisers did their duty.

Lastly, it is urged that the sale is invalidated, because the
order of sale was not returned within sixty days from its
date.  We have passed upon this question adversely to the
contention of the defendants below.  *Amoskeag Savings
Bank v. Robbins,* 53 Nebr., 776.  The order assailed is

AFFIRMED.